Corian Edwards
Pro Se Plaintiff
7233 Majestic Bluff Place
Las Vegas, NV 89113
(810) 449-5659
coriandelon@gmail.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORIAN EDWARDS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC d/b/a BELLAGIO HOTEL & CASINO,<br><br>Defendants. | Case No. 2:25-cv-01247-JAD-MDC<br><br>**STIPULATION AND ORDER TO PERMIT PLAINTIFF'S SECOND AMENDED COMPLAINT,** *NUNC PRO TUNC* |

Plaintiff Corian Edwards, appearing pro se, and Defendant Bellagio, LLC, by and through its counsel of record, Chad C. Butterfield of Jackson Lewis P.C., hereby stipulate and agree pursuant to LR IA 6-2, LR 15-1, and Fed.R.Civ.P. 15 as follows:

1. On April 14, 2026, Plaintiff filed a Second Amended Complaint (ECF No. 45) without first obtaining leave of court or the written consent of Defendant as required by Federal Rule of Civil Procedure 15(a)(2).

2. The proposed Second Amended Complaint adds MGM Resorts International as a Defendant, modifies the claims asserted in Plaintiff's First Amended Complaint (ECF No. 15), and asserts new claims.

3. Whereas, the First Amended Complaint asserted three claims, identified as: (1) Retaliation (Title VII, 42 U.S.C. § 2000e-3(a)); (2) Race-Based Discrimination (42 U.S.C. § 1981); and (3) Wrongful Termination (Nevada Public Policy) (ECF No. 15), the proposed Second Amended Complaint asserts five claims, identified as: (1)  Retaliation (Title VII, 42 U.S.C. § 2000e-3(a)); (2)

1

Race and Sex Discrimination (Title VII and 42 U.S.C. § 1981); (3) Hostile Work Environment (Title VII); (4) ADA Interference and Confidentiality Violation (42 U.S.C. §§ 12112(d) and 12203); and (5) Wrongful Termination (Nevada Public Policy). (*See* ECF Nos. 15 and 45.)

4.      Bellagio consents to Plaintiff's filing of the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) and LR 15-1(a), on condition that Bellagio is not foreclosed from raising any defenses to the Second Amended Complaint under FRCP 12(b) including, but not limited to, any defenses previously asserted in Bellagio's pending motion to dismiss Plaintiff's First Amended Complaint (ECF No. 17.) Plaintiff agrees to this condition.

5.      Upon the Court's entry of the proposed order below, the Second Amended Complaint shall be deemed the operative pleading in this action, *nunc pro tunc* to the date of its filing on April 15, 2026.

6.      Bellagio shall have fourteen (14) days from the date of the Court's entry of the proposed order below in which to respond to the Second Amended Complaint.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

7.    Plaintiff shall have ninety (90) days from the date of the Court's entry of the proposed order below to effect service of the summons and Second Amended Complaint upon MGM Resorts International in accordance with Rule 4 of the Federal Rules of Civil Procedure.

So stipulated.

Dated this 16th day of April, 2026

CORIAN EDWARDS                                    JACKSON LEWIS P.C.


/s/ Corian Edwards                                    /s/ Chad C. Butterfield
7233 Majestic Bluff Place                             PAUL T. TRIMMER, ESQ.
Las Vegas, NV 89113                                   Nevada State Bar No. 9291
                                                      CHAD C. BUTTERFIELD, ESQ.
Pro Se Plaintiff                                      Nevada Bar No. 10532
                                                      300 S. Fourth Street, Suite 900
                                                      Las Vegas, Nevada 89101

                                                      Attorneys for Defendant
                                                      Bellagio LLC d/b/a
                                                      Bellagio Hotel & Casino


**ORDER**

IT IS SO ORDERED.


_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated:_ April 17, 2026 _____

3