PAUL T. TRIMMER, ESQ.
Nevada State Bar No. 9291
CHAD C. BUTERFIELD, ESQ.
Nevada State Bar No. 10532
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com
chad.butterfield@jacksonlewis.com

*Attorneys for Defendants*
*Bellagio LLC d/b/a Bellagio Hotel & Casino*
*and MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CORIAN EDWARDS, an individual,

Plaintiff,

vs.

BELLAGIO, LLC d/b/a BELLAGIO HOTEL & CASINO, et al.,

Defendants.

Case No. 2:25-cv-01247-JAD-MDC

**STIPULATION AND ORDER TO CONTINUE THE DISPOSITIVE MOTION AND JOINT PRETRIAL ORDER DEADLINES**

Plaintiff Corian Edwards ("Plaintiff"), appearing pro se, and Defendants Bellagio, LLC d/b/a Bellagio Hotel & Casino ("Bellagio") and MGM Resorts International ("MGMRI") (collectively "Defendants"), by and through their counsel of record, Chad C. Butterfield of Jackson Lewis P.C., hereby stipulate and agree pursuant to LR IA 6-2 and LR 16-1 to continue the dispositive motion and joint pretrial deadlines, as follows:

1. On April 8, 2026, the Court entered a Discovery Plan and Scheduling Order (ECF No. 44) in which the deadline to file dispositive motions is set for August 26, 2026, and the deadline for the parties to file a joint pretrial order is set for September 26, 2026 (if no dispositive motions are filed).

2. On April 14, 2026, Plaintiff filed a Second Amended Complaint (ECF Nos. 45, 47, 51, 66).

3. On May 1, 2026, Bellagio filed a Motion to Dismiss Plaintiff's Second Amended Complaint, which is fully briefed and remains pending before the Court. (ECF Nos. 50, 54, 57, 58, 60, 62.)

4. On May 28, 2026, MGMRI filed a Motion to Dismiss Plaintiff's Second Amended Complaint, which is fully briefed and remains pending before the Court. (ECF Nos. 63, 68, 70.)

5. The parties stipulate and agree to continue the deadline to file dispositive motions by thirty (30) days, from the current deadline of August 26, 2026, to September 25, 2026.

6. This stipulation is supported by good cause, as it provides additional time for the Court to rule on the pending motions to dismiss, thereby potentially narrowing the scope of issues to be addressed in the parties' anticipated motions for summary judgment. Additionally, the parties have engaged in productive meet-and-confer efforts and are in the process of supplementing their respective discovery responses, such that the requested extension will result in a more fulsome evidentiary record for anticipated summary judgment proceedings.

///

///

///

///

///

///

///

///

///

///

///

///

///

7. The parties further stipulate and agree to continue the deadline to file the joint pretrial order by thirty (30) days, from the current deadline of September 25, 2026, to October 26, 2026, or until thirty (30) days after the Court issues its decision on the pending motions to dismiss and any dispositive motion that may be filed on or prior to the continued deadline referenced above.

**So stipulated.** The parties certify that Artificial Intelligence was not used to prepare the foregoing document.

Dated this 25th day of August, 2026

CORIAN EDWARDS

*/s/ Corian Edwards*
7233 Majestic Bluff Place
Las Vegas, NV 89113

*Pro Se Plaintiff*

JACKSON LEWIS P.C.

*/s/ Chad C. Butterfield*
PAUL T. TRIMMER, ESQ.
Nevada State Bar No. 9291
CHAD C. BUTTERFIELD, ESQ.
Nevada State Bar No. 10532
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Bellagio LLC d/b/a Bellagio Hotel & Casino*
*and MGM Resorts International*

**ORDER**

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: August 27, 2026